**Harry BURNETT, Petitioner,**

v.

**DEPARTMENT OF JUSTICE,
Respondent.**

No. 2012–3102.

United States Court of Appeals,
Federal Circuit.

March 14, 2013.

Lloyd Edward Tooks, Attorney at Law, of San Diego, CA, argued for petitioner.

Jane W. Vanneman, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

RADER, Chief Judge, MAYER, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.